1   Laurel I. Handley (NV Bar # 9576)
    Jory C. Garabedian (NV Bar # 10352)
2   **ALDRIDGE PITE, LLP**
    520 South 4th St., Suite 360
3   Las Vegas, Nevada 89101
    Telephone: (858) 750-7600
4   Facsimile: (702) 685-6342
    E-Mail: lhandley@aldridgepite.com
5

6   Attorneys for Plaintiff:
    *Federal National Mortgage Association*
7

8                       **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10                                          | Case No. 2:17-cv-02521-JAD-VCF

11  FEDERAL NATIONAL MORTGAGE
    ASSOCIATION; PHH MORTGAGE
12  CORPORATION,

13          Plaintiffs,                     | **Order Directing Entry of Default
                                            | Judgment and Closing Case**
14  vs.

15  AURORA PEAK AVENUE TRUST,                | ECF No. 20

16          Defendant.

17

18          The Court after review and consideration of Plaintiff Federal National Mortgage

19  Association's ("Fannie Mae") Application for Default Judgment, the pleadings and papers on file

20  herein, and good cause appearing, hereby enters Default Judgment in favor of Fannie Mae and

21  against Defendant Aurora Peak Avenue Trust ("Aurora Peak") on the declaratory relief and quiet

22  title causes of action or claims for relief under 12 U.S.C. § 4617(j)(3) (the "Federal Foreclosure

23  Bar") as follows:

24          THE COURT FINDS that the Federal Foreclosure Bar preempts NRS 116.3116 to the

25  extent that an NRS 116 foreclosure sale can extinguish Fannie Mae's property interest while

26  Fannie Mae is under the conservatorship of the Federal Housing Finance Agency ("FHFA").

27  /././

28  /././

                                        - 1 -

1      THE COURT FURTHER FINDS that Fannie Mae had a protected property interest under

2 the Federal Foreclosure Bar and that FHFA did not consent to foreclosure or extinguishment of

3 Fannie Mae's protected property interest.

4      NOW WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

5 Fannie Mae's Deed of Trust recorded on February 1, 2011, in the Office of the Clark County,

6 Nevada Recorder as Instrument Number 20110201-001356 (the "Deed of Trust"), and against

7 the property located at  8240 Aurora Peak Ave., Las Vegas, Nevada, 89131, APN 125-16-114-

8 014, which is legally described in the Deed of Trust (hereinafter the "Property"), was <u>not</u>

9 extinguished by that NRS 116 foreclosure sale reflected in that Foreclosure Deed recorded on

10 October 4, 2012, in the Office of the Clark County, Nevada Recorder as Instrument Number

11 20121004-0001250.

12      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Deed of Trust

13 continues to remain a valid encumbrance against the Property and that any interest acquired by

14 Aurora Peak, and/or its successors or assigns, remains subject to the Deed of Trust.

15     The Clerk of Court is directed to ENTER FINAL JUDGMENT accordingly and

16 CLOSE THIS CASE.

17

18

19 DATED:_____10-1-19_____         _____

20                          U.S. DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28